UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glenn Johnson

**21 CV 1053**

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

City of New York

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑  Violation of my federal constitutional rights

☑  Other:   FAlse ARRest, MAlicous PRsecution, FAlse imPRSionment

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Glenn                         JoHnson
First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Desk APPeARAnce Ticket
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

BRonX COUNTY CRIMINAl COURT CiTY OF NewYORk
Current Place of Detention

BRonX CRiMiNAl COURT CiTY OF NewYORk
Institutional Address

BRonX                  NewYORk                  10474
County, City          State          Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☑  Other:   Desk APPeARAnce Ticket

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary. *P. Officer*

Defendant 1:    _Jaylene_      _Rodriguez_       _12800_
First Name         Last Name          Shield #

_Police officer FORTERY FIRST #41 PERCIENT New YORK Police DePT._
Current Job Title (or other identifying information)

_longwood Ave Bruckner Blvd_
Current Work Address

_BRONX,      NewYork           10474_
County, City            State          Zip Code

Defendant 2:    _Jose_      _Rosa SGT_       _TAX REG # 942474_
First Name         Last Name          Shield #

_Sergeant Desk officer   FORTERY FIRST #41 PERCIENT_
Current Job Title (or other identifying information)

_long wood Ave Bruckner Blvd_
Current Work Address

_BRONX        NEW YORK           10474_
County, City            State          Zip Code

Defendant 3:    _JOHN_      _DOE P.O._
First Name         Last Name          Shield #

_Police officer   N.Y.P.D   FORTERY FIRST #41 PERCIENT_
Current Job Title (or other identifying information)

_long wood Ave Bruckner Blvd_
Current Work Address

_BRONX         New York           10474_
County, City            State          Zip Code

Defendant 4:    _JOHN_      _DOE_
First Name         Last Name          Shield #

_long wood Ave Bruckner Blvd   Police officer #41_
Current Job Title (or other identifying information)
_PERCIENT_
Current Work Address

_BRONX    New York           10474_
County, City            State          Zip Code

## V.   STATEMENT OF CLAIM

HUNTS POINTS

Place(s) of occurrence: lAFAYeTTe Avenue AND BARRY STREET COUNTY OF THe BRoNX, NEW yORK

DAT

10/8/20 »

Date(s) of occurrence: 10/9/20

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON 10/8/20 AT THe HuNTs PoiNT secTioN oF THe BRoNX COUNTY oF lAfAyeTTe Avenue AND BARRY STREET AT APPROXiMATely 9:09 PM iN THe eveNiNG I WAS DRiviNG A 2010 GMC TeRRAiN DOWN lAfAyeTTe Avenue AND BARRY STREET WHeN I STOPPeD AT A STOP SiGN A FeMAle WAlks uP TO my veHicle ASkeD DO I WANT TO DATe I CHARGe $25.00 I ToiD Her No "I'AM ok" so WHeN I DRove off THRee NYPD PATRol CARS BlockeD my veHicle. THe FouR JoHN Doe Police OFFiceRs THAN RuNs uP TO my veHicle AND OPeNS THe CAR DooR AND ToiD me I WAS uNDeR ARReST. THe JoHN Doe Police OFFiceR THAN TRANSPoRTeD me TO THe 41 FiRST PRecKNT WHeRe I SAT iN THe PATRol CAR FoR oNe HouR iN TiGHTeD HAND cuffS I ToiD THe OFFiceR JoHN Doe TO losseN THe HANDcuFFS I HAve PAiN iN BOTH WRiSTe THe OFFiceR RefuseD TO loeseN THe HANDcuffS. THe FeMAle THAT WAlkeD uP TO my veHicle AND ASk me DO I WNT A DATe WAS A uNDeRCover Police OFFiceR. I WAS CHARGeD WiTH PL.230.04 PATRoNize PROSTiTuTioN 3RD DeGRee A MiSDeMeANoR AND THAT CHARGe WAS DiSMiSSeD oN FeBuARY 3RD, 2021. I WAS DeTAiNeD AND HelD AT THe (41) PReciENT.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

MENTAL ANGHISH AND PAIN SUFFERING, PARNOIA

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

SEEKS DAMAGES FOR HIS loss OF LIBERTY FROM BEING DETAINED FOR NEARLY 14 HOURS EMOTIONAL PAIN AND SUFFERING THAT CAUSED HIM EMOTIONAL PAIN MENTAL ANGHISH SIGNIFICANT loss OF Sleep, HUMILATION AND EMBASSMENT IN FRONT OF HIS FAMILY, PARANOIA FROM A FEAR OF BEING FALSELY TARGETED AGAIN BY LAW ENFORCEMENT AND A loss IN HIS SENSE OF SECURITY IN HIS OWN NEIGHBORHOOD.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/9/21 | | Glenn Johnson |
|---|---|---|
| Dated | | Plaintiff's Signature |

| Glenn | | JoHNSoN |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| BRoNX | New YoRK | 10451 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

50-H HEARING          JOHNSON, GLENN

                      BLA#:  2021PI010516

                      015-220

- - - - - - - - - - - - - - - - - - - - - - x

In the Matter of the Claim of

GLENN JOHNSON,

        -against-

THE CITY OF NEW YORK.

- - - - - - - - - - - - - - - - - - - - - - x

                    VIDEO CONFERENCE VIA TEAMS
                    Conducted By:
                    LEX REPORTING SERVICE
                    160 Broadway
                    New York, New York


                    July 15, 2021
                    12:32 p.m.


        EXAMINATION of GLENN JOHNSON, held at

the above time and place, pursuant to Notice,

taken before KOEL DRESSMAN, a reporter and

Notary Public within and for the State of New

York.



LEX #167031

LEX REPORTING SERVICE, INC.
PROFESSIONAL REPORTING SINCE 1980
TOLL FREE 800.608.6085



# DESK APPEARANCE TICKET

You are hereby summoned to appear in the Criminal Court of the City of New York to answer a criminal charge. Should you fail to appear for the offense charged below, in addition to a warrant being issued for your arrest, you may be charged with an additional violation of the Penal Law which upon conviction may subject you to a fine, imprisonment, or both.

## YOU MUST APPEAR ON THIS DATE AND TIME. PRESENT THIS FORM TO THE COURT CLERK.

| Date (Mo./Day/Yr.) | Time (check one) | Address/Location | County | Part |
|---|---|---|---|---|
| 01/06/2021 | ☑ 9:00 A.M.<br>☐ 5:00 P.M. | 215 EAST 161 STREET, BRONX, NY 10451 | BRONX | DAT |

**Offense Charged**
PL 230.04

**Additional Instructions**
MUST APPEAR. BRING ID.

I, the undersigned, do hereby acknowledge receipt of this DESK APPEARANCE TICKET, personally served upon me, and do agree to appear as indicated.

| Signature Of Defendant | Date | Time | Refused to Sign |
|---|---|---|---|
| | 10/9/20 | 3:00 Am | ☐ |

## THE PEOPLE OF THE STATE OF NEW YORK vs.

| Defendant's Name | Age | Date of Birth |
|---|---|---|
| JOHNSON,GLENN | 60 | 06/05/1960 |

**Residence Address**
880 BOYNTON AVENUE, 19G, BRONX, NY 10473

**Preferred Mailing Address**

| Cell Phone No. | Home Phone No. | Work Phone No. | Email Address |
|---|---|---|---|
| 347-485-9068 | NONE | NONE | NONE |

## ARREST AGENCY INFORMATION

| Command | D.A.T. Serial No. | Arrest No. | Agency Address if Not NYPD |
|---|---|---|---|
| 041 | 041-06451 | B20626225 | |

| Photographed By | Fingerprinted | Date | Time |
|---|---|---|---|
| | ☑ Yes ☐ No | | |

| Arresting Officer (print rank/name) | Tax Reg. No. | Shield | Cmd. | Agency |
|---|---|---|---|---|
| POF/RODRIGUEZ JAYLENE | 968752 | 12800 | 041 | N.Y. POLICE DEPT |

| Arresting Officer Signature | Date | Squad |
|---|---|---|
| PO Rodriguez | | C3 |

| Desk Officer (print rank/name) | Desk Officer Signature | Tax Reg. No. | Command |
|---|---|---|---|
| SGT/ROSA JOSE | | 942474 | 041 |

DISTRIBUTION
ORIGINAL – Defendant's Copy   1ST COPY – Fax Terminal   2ND COPY – Arresting Officer (Or Complainant in Assigned Officer Cases)   3RD COPY – Precinct File

DESK APPEARANCE TICKET     PD 260-121 (Rev. 11-19)

CRIMINAL COURT OF THE CITY OF NEW YORK
BRONX COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

v.

1.   GLENN JOHNSON M/60
     Arrest# B20626225


                              Defendant

STATE OF NEW YORK

COUNTY OF THE BRONX

PO JAYLENE RODRIGUEZ of 41 PCT,  Shield# 12800,  states that on or about October 8, 2020 at approximately 9:09 PM at vicinity of Lafayette Avenue and Barry Street, ,  County of the Bronx, State of New York,

THE DEFENDANT COMMITTED THE OFFENSE OF:
1 (M) P.L. 230.04              Patronizing a person for prostitution in
                               the third degree

IN THAT THE DEFENDANT DID: patronize a person for prostitution.

THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

     Deponent is informed by Undercover Police Officer (Shield #10708), that at the above time and place, a public roadway, informant was standing on the sidewalk in a prostitution prone location and defendant engaged in a brief, sexual-related conversation with informant, in that defendant stated to informant in sum and substance, I WANT SEXUAL INTERCOURSE, informant responded twenty five dollars, and defendant stated in sum and substance, OK. Deponent is further informed by informant that informant instructed defendant to meet informant at a nearby corner and defendant stated in sum and substance, OK.

                    FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
                    AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45



10/29/20  1611
DATE and TIME                    SIGNATURE

002696596

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202100082249**

**You uploaded:**
Claim Form: 1
Supporting Documents:0

4/15/2021 2:33 PM
Claimant Last Name:Johnson
Claimant First Name:Glenn

# HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:**<br>GLENN   JOHNSON<br>**NYSID:**<br>04161411K | **Latest Book and Case#:**<br>2412002101<br>**Patient Facility:**<br>EMTC |

## SUBJECTIVE
### INT - Step 1 - Intake Intro

Patient: **GLENN JOHNSON**   DOB: **06/05/1960**   Age: **60 Years Old**
Book & Case #: **2412002101**   NYSID: **04161411K**
Facility: **EMTC**   Housing Area: **6M**
Form filled out by: **Danna Malahoo-Bowen PCA, December   1, 2020 8:41 PM**

Patient Demographics (from IIS) - for confirmation
Patient Address: **880 BOYTON AVE, 19G**
City: **BX**
Gender Identity: **Female**
Gender pronouns: **she-her-hers**
Correct Patient? **Confirmed**

Begin Intake
Accepting intake process? **YES**
*Identify a community pharmacy where outpatient prescriptions may be sent upon discharge:***Acknowledged**
Type of Medical Intake? **Adult Male**

## HISTORY
### INT - Step 1 - Adult Male Intake

Patient: **GLENN JOHNSON**   DOB: **06/05/1960**   Age: **60 Years Old**
Book & Case #: **2412002101**   NYSID: **04161411K**
Facility: **EMTC**   Housing Area: **6M**
Language / Living Situation:
Comfortable with English?   **YES**
Military service? **No**
Where living now? **Other location**
Location notes: **Apt**

Community Medication Fill History
Community fill checked? **YES**   Results: METHOCARBAMOL, 20 500 MG TABLET - TAKE 1 TABLET (500 MG TOTAL) BY MOUTH 4 (FOUR) TIMES A DAY FOR 5 DAYS. 71093014005 8/19/2020 NAPROXEN, 20 500 MG TABLET - TAKE 1 TABLET (500 MG TOTAL) BY MOUTH EVERY 12 (TWELVE) HOURS AS NEEDE D (FOR PAIN). TAKE WITH FOOD. 65162019050 8/13/2020 ACETAMINOPHEN, 40 325 MG TABLET - TAKE 2 TABLETS BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN (OR FEVER) FO R UP TO 15 DAYS. MDD 12 TABS 00904671980 6/12/2020 ALBUTEROL HFA, 6.7 90 MCG INHALER - TAKE 2 PUFFS BY MOUTH EVERY 6 HOURS AS NEEDED FOR WHEEZE 69097014260 6/12/2020

Allergies

330 Suicide Prevention Form

1 of 3

# HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**
GLENN   JOHNSON
**NYSID:**
  04161411K

**Latest Book and Case#:**
  2412002101
**Patient Facility:**
  EMTC

330 Form present? **YES**

Medicaid Interest at Intake?
Wants Medicaid **No**
40 or older? **YES**

## *OBJECTIVE*
## Current Vital Signs (this visit)
Last height (inches): **67** (11/09/2019 11:27:22 AM)    Last Weight: **180** (11/09/2019 11:27:22 AM)
Weight (lbs): **195**
Height (inches): **65**
BP Position: **Sitting**
BP: **99   / 63** mm Hg
Temperature:   **97.3F**
Temperature site: **Oral**
Pulse rate: **70**   Pulse rhythm:   **Regular**
RR: **16**   Respiration Type: **Regular**
Pulse Ox: **97%**   Room Air: **Yes**

## INT - Step 1 - HIV Counseling & Rapid HIV

Patient: **GLENN JOHNSON**   DOB: **06/05/1960**   Age: **60 Years Old**
Book & Case #: **2412002101**   NYSID: **04161411K**
Facility: **EMTC**   Housing Area: **6M**

Pre-Test Counseling

Results Counseling

## INT - Step 1 - Urine Drug Test

Patient: **GLENN JOHNSON**   DOB: **06/05/1960**   Age: **60 Years Old**
Book & Case #: **2412002101**   NYSID: **04161411K**
Facility: **EMTC**   Housing Area: **6M**
Amphetamines: **Negative**
Buprenorphine: **Negative**
Benzodiazepines: **Negative**
Cocaine: **Negative**
Methamphetamine: **Negative**
Methadone: **Negative**
Opiates: **Negative**
Oxycodone: **Negative**
General Comments: **Patient urine drug test was negative**

## INT - Step 1 - Rapid HCV Test

Patient: **GLENN JOHNSON**   DOB: **06/05/1960**   Age: **60 Years Old**
Book & Case #: **2412002101**   NYSID: **04161411K**

# HEALTH+HOSPITALs | Correctional Health Services

**Patient Name:**
GLENN   JOHNSON
**NYSID:**
04161411K

**Latest Book and Case#:**
2412002101
**Patient Facility:**
AMKC

information: Past arrests include assault

## Substance Use History
**Summarize past substance history and treatment (including names of substances, duration and frequency of use, as well as history of detox, rehab, outpatient and psychopharmacological treatments):** Pt denies

## Relevant Medical/Surgical History
**Any current medical problems?**   Yes
**Please describe:** Asthma, Chronic back pain
**Any history of TBI (traumatic brain injury?)**   No
**Any history of seizures?**    No
**HIV testing results**   Negative
**Any past surgical history?**   No

## Social History
**Please review the Initial Mental Health Assessment, briefly summarize and add any additional information:** 60-year-old single BM, residing with his mother
Education: 11 th grade
Financial: SSD due to medical problems
Children: none
Trauma: 04/2019 victim of a violent assault & sustained lacerations to head

## Mental Status
**Orientation:** Fully oriented
**Appearance:** Chronological Age, Normal Weight, Well Groomed
**Behavior:** Cooperative, Good Eye Contact
**Activity:** Hyperactivity
**Speech:** Rapid, Clear Articulation
**Language:** No abnormalities observed
**Concentration:**   Impaired
**Concentration notes:** DISTRACTIBLE
**Mood (use patient's own words to describe current feeling state):** anxious, overwhelmed, suspicious
**Affect:** Blunted
**Impulse control:** Adequate
**Thought process:** Circumstantial
**Thought content:** No Abnormalities Observed
**Thought content notes:** worrisome
**Perceptual disturbance:** Auditory Hallucinations
**Perceptual disturbance:** NC AH ~ twice a week for years
**Memory**   No Memory Impairment
**Suicidal:** No Thoughts of Suicide
**Homicidal:** No Homicidal Thoughts
**Judgement:** Adequate
**Insight:** Aware Accepts Treatment
**Is there evidence of gross cognitive or intellectual deficits?**   No

## VERIFICATION OF INCARCERATION

NEW YORK CITY DEPARTMENT OF CORRECTION

ANNA M. KROSS CORRECTIONAL FACILITY
18-18 Hazen Street
East Elmhurst, New York 11370

DATE:                              **25-JAN-2021**

NAME (last,first,mi):              **JOHNSON,GLENN**

SENTENCE #:

NYSID #:                           **04161411K**

DATE OF BIRTH:                     **05-JUN-60**

ADMISSION DATE:                    **25-NOV-20**

PROJECTED DISCHARGE DATE:

SOCIAL SECURITY #:                 **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**

1. This document is provided for the inmate as verification
   of incarceration only.

2. This document does not verify or calculate inmate's jail time.

_Glenn Johnson_
Inmate's Signature

_Mr. Paul_                          _Mr. Lee_
Associate Counselor's Name (print)   Associate Counselor's Signature

# Brownstein Legal

## Ilissa Brownstein, Esq.

40 Exchange Place
Suite 1000 (10th Floor)
New York, New York 10005
Phone: 212-691-3333 * Fax: 212-635-5555
Email: team@brownsteinlegal.com
Website: www.brownsteinlegal.com

November 18, 2021

Dear Glenn Johnson,

Unfortunately, we will be ending representation regarding your false arrest claim stemming from your October 8, 2020, arrest. On October 27, 2021, we had a settlement conference with the Comptroller's Office. The Comptroller's Office would not make a settlement offer. They explained that their no offer position was due to the 20+ claims that you have filed against New York City in the past.

This does not mean you cannot or will not get an offer from New York City. You can still file a lawsuit in state of federal court. As per our retainer, because the Comptroller's Office decided not to make you a settlement offer, we will no longer continue to represent you in this matter.

A lawsuit must be filed in state court within 1 year and 90 days from the date of your arrest to preserve your false arrest claim, and a lawsuit must be filed in state court within 1 year and 90 days from the date your case was dismissed to preserve your malicious prosecution claim. A lawsuit must be filed in federal court within 3 years from the date of your arrest to preserve your constitutional false arrest claim, and a lawsuit must be filed in federal court within 3 years from the date of a dismissal to preserve your constitutional malicious prosecution claim. If your criminal case ended with an ACD you must meet the deadline for false arrest; you do not have a malicious prosecution claim.

Please contact the office if you have additional questions. We will set up a phone conference or an in-person conference if you wish to discuss further.

It was a pleasure working with you and we wish you all great things to come.

Sincerely,

Ilissa Brownstein, Esq.

# HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**
GLENN   JOHNSON
**NYSID:**
04161411K

**Latest Book and Case#:**
2412002101
**Patient Facility:**
AMKC

compliance has been helpful in managing sxs. Per pt profile, 100% compliance w/ medications. Pt reports non-compliance w/ medications and mental health tx in community based setting due to "busy doing things", although would not discuss details of what these activities were. Pt reports no difficulties in current housing area, reports spending time reading, watching tv, and going over documents from law library.

Pt's primary diagnosis at this time is Other specified schizophrenia spectrum and other psychotic disorder as evidenced by pt's reported h/o sxs, prior psychiatric treatment, prescribed psychotropic medications, hyperactivity, disorganized thought process, decreased sleep. Functional impairment discussed w/ pt and evidenced by pt's h/o criminal justice sxs involvement, multiple incarcerations, recipient of benefits, difficulties securing/maintaining employment, and currently maintained on psychotropic meds.

**Diagnoses at this visit:** 1. SMI-Yes R151 (Primary)
2. Other specified schizophrenia spectrum and other psychotic disorder (ICD-298.1) (ICD10-F28)
**Plan:**   Pt to be maintained in GP w/ MH follow-up Clinician/Psych at this time. Pt will continue to meet w/ MH treatment team for diagnostic clarification.

## SMI Designation
**Does the patient have a qualifying SMI diagnosis? (schizophrenia spectrum and other psychotic disorder; bipolar and related diagnosis; depressive disorder; PTSD):** Yes
**SMI Designation :** Yes

## BradH Questions
**Remove client from BradH Cohort [has been treated less than 3 times]?**   No
**Does client need further treatment for mental illness?**     Yes

## Referrals
**Psychiatric medication needed?** Already on psychiatric medication
**Suicide Watch:** No
**Civil Discharge documentation required?** No
**Is this a discontinuation of a Civil Discharge?** No
**Does the patient want a substance use treatment referral?**   No
**Medical referral indicated?** No
**Referral to other programs?** No
**New Referrals/Orders:**
Referral - Social Work - DCP [REFSWDCP]

## Patient's Statement of Involvement
**Please summarize the conversation you had with the patient regarding his/her Treatment Plan:** Pt will continue to maintain adherence to mental health treatment recommendations.

## Disposition/Level of Care
**Referral Action:** Already Enrolled
**Disposition/Level of Care?** GP with MH Follow-up Clinician/Psychiatrist

## ALL - Disposition

Patient: **GLENN JOHNSON**   DOB: **06/05/1960**   Age: **60 Years Old**
Book & Case #: **2412002101**   NYSID: **04161411K**
Facility: **AMKC**   Housing Area: **QUAD-U13**

```
1                                                        2

2     A P P E A R A N C E S:

3

4            BROWNSTEIN LEGAL, P.C.
                  Attorneys for Claimant
5                 40 Exchange Place, Suite 1000
                  New York, New York 10005
6            BY:  SYDNEY O'HAGAN, ESQ., Of Counsel
                  lb@brownsteinlegal.com
7

8

9

            COLON & PEGUERO, LLP
10                Attorneys for Respondent
                  160 Broadway, 14th Floor
11                New York, New York 10038
             BY:  PAULA SCIBILIA, ESQ., Of Counsel
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                                            3
 2              THE REPORTER:  This 50-H hearing is
 3      being conducted via Teams video
 4      conferencing.  All parties present are
 5      appearing remotely, and are confirming
 6      that they can hear and see through the
 7      video without any technical issue.
 8              Would counsel and the witness please
 9      confirm.
10              MS. O'HAGAN:  Yes.
11              MS. SCIBILIA:  Yes.
12              THE WITNESS:  Yes.
13              THE REPORTER:  Before I swear in the
14      witness, I will ask counsel to stipulate
15      on the record, that due to the national
16      pandemic, the court reporter may swear in
17      the deponent even though they are not in
18      the physical presence of the deponent, and
19      that there is no objection to that at this
20      time, nor will there be an objection to it
21      at a future date.
22              Does everyone agree?
23              MS. O'HAGAN:  Agreed.
24              MS. SCIBILIA:  Agreed.
25              THE REPORTER:  Please note that this
```

4

1  
2      hearing is not being audio or video
3      recorded, and shall not be recorded by any
4      participant hereto.  Nor shall this
5      hearing be made available to the public,
6      without court order pursuant to Section
7      50-H(3).
8           And, Counsel, can you represent that
9      to the best of your knowledge and belief,
10     the witness appearing today via video
11     conference is indeed Glenn Johnson?
12          MS. O'HAGAN:  Yes.
13  G L E N N   J O H N S O N, the witness herein,
14          having first been duly sworn by a Notary
15          Public of the State of New York, was
16          examined and testified as follows:
17  EXAMINATION BY
18  MS. SCIBILIA:
19      Q    State your name for the record,
20  please.
21      A    Glenn Johnson.
22      Q    State your address for the
23  record, please.
24      A    Rikers Island.
25      Q    Mr. Johnson, my name is Paula

                         G.  Johnson                    5

Scibilia.  I'm going to ask you questions

pursuant to the New York City Comptroller's

statutory authority to investigate the claim

you brought.

                If you need me to repeat or

rephrase a question just, ask.  Wait for me

to finish the question before you answer, so

we don't speak at the same time.  And always

use words; don't shake your hod or nod.

Okay?

        A      What?

        Q      Don't use gestures.  I need to

hear you.

        A      I got you.

             MS. SCIBILIA:  Counsel, the Notice

    of Claim cannot be orally amended at the

    hearing.  Should it need to be amended, it

    must be done in writing.

             And we have not been provided with a

    copy of Mr. Johnson's photo ID.  So,

    Counsel, if you have that, send it to

    Admin@cplegalny.com.

        Q      Mr. Johnson, what was your last

address?

|    |   |                                      |   |
|----|---|--------------------------------------|---|
| 1  |   | G. Johnson                           | 6 |
| 2  | A | 880 Boynton Avenue.                  |   |
| 3  | Q | That's in the Bronx?                 |   |
| 4  | A | Yeah, Boynton Avenue.                |   |
| 5  | Q | How long did you live there?         |   |
| 6  | A | Forty-five years.                    |   |
| 7  | Q | What's your date of birth?           |   |
| 8  | A | 1960.                                |   |
| 9  | Q | What's your Social Security          |   |
| 10 | number?                                  |   |
| 11 | A | 7278.                                |   |
| 12 | Q | When were you last employed?         |   |
| 13 | A | It's been a while.  I was on         |   |
| 14 | disability.                              |   |
| 15 | Q | When did you start receiving         |   |
| 16 | disability?                              |   |
| 17 | A | A couple of years ago.               |   |
| 18 | Q | For what reason?                     |   |
| 19 | A | For injuries.                        |   |
| 20 | Q | Say again.                           |   |
| 21 | A | For injuries in my back.             |   |
| 22 | Q | So, do you receive Medicaid          |   |
| 23 | benefits now?                            |   |
| 24 | A | Huh?                                 |   |
| 25 | Q | Do you receive Medicaid benefits     |   |

```
1                        G. Johnson              7
2      for your insurance, your health insurance; is
3      that Medicaid?
4            A      Medicaid.
5            Q      We'll leave a space in the record
6      for the ID number.
7                   What's the highest level of
8      school that you completed?
9      (INSERT)
10           A      Eleventh grade.
11           Q      When did the arrest happen?
12           A      October 8th.
13           Q      2020?
14           A      Yeah, yeah.
15           Q      What time?
16           A      9:00, about 9:19, 9:00 p.m. at
17     night.
18           Q      And where was it?
19           A      In the Bronx, Hunts Point section
20     in the Bronx.
21           Q      Tiffany Street, Spofford Avenue?
22           A      Yeah, in that area.
23           Q      Now, back --
24           A      The paperwork, it's too late to
25     change that.  I think it was Barry Street and
```

```
1                    G. Johnson              8
2      Lafayette Avenue.
3           Q      Back at that time, were you
4      taking any medications prescribed by a
5      doctor?
6           A      No, no.
7           Q      For twelve hours before this
8      happened, did you take any medicines or
9      drugs?
10          A      No.
11          Q      For twelve hours before this
12     happened, did you drink any alcohol?
13          A      No, I don't drink.
14          Q      Was anyone with you at the time?
15          A      Just me.
16          Q      Why were you there at that
17     particular time?
18          A      I was taking a shortcut.  I was
19     going home.
20          Q      The subway?
21          A      No, the shortcut.  I was taking
22     the shortcut home, a shortcut.
23          Q      Where had you been?
24          A      Coming from Manhattan, like in
25     Harlem.
```

```
1                      G. Johnson                    9
2          Q      How far from home were you?
3          A      Not that far.  It's not far.
4          Q      So, on the way through that
5     shortcut, did you stop and talk to anyone for
6     any reason?
7          A      I stopped at a stop sign.  I
8     stopped at a stop sign, and somebody walked
9     up to my vehicle.
10         Q      You were in a car?
11         A      Yeah, I was driving.
12         Q      When you stopped for the stop
13    sign, who approached you?
14         A      She walked up to the car.
15         Q      Did you know her?
16         A      No, no.
17         Q      Now, this particular area, are
18    you familiar with it?
19         A      What, the area?
20         Q      Yeah.
21         A      Yeah, yeah, yeah.  I be washing
22    my car down there.
23         Q      So, was that an area that you
24    knew prostitutes hung out at on a regular
25    basis?
```

```
1                    G. Johnson                    10
2         A      What you mean -- yeah, it be
3    people, females walking around and whatever,
4    you know.
5         Q      I'm not sure I got the answer to
6    the question, though.
7                 Did you know that it was an area
8    that prostitutes hung out on?
9         A      No, no, no.
10        Q      Yes?
11        A      Somewhat.
12        Q      Now, was she the only female
13   around, or did you see other females?
14        A      Yeah, it was spread out.  They
15   was spread out, yeah.
16        Q      And did she come to your window
17   or to the passenger window?
18        A      The passenger's side.
19        Q      And what did she say?
20        A      She asked, do you want a date, do
21   you want to hang out.
22        Q      And what did you say?
23        A      I was like -- I was like, I'm
24   okay.  I told her I was all right.  And she
25   was like, you know, she want to charge
```

```
1                    G. Johnson              11
2    something, and I said I was all right.  I
3    said, I'm okay.
4         Q    What else did she say; I didn't
5    catch what you said?
6         A    She said she charge $25 or
7    something.
8         Q    Did she say what that $25 would
9    give you?
10        A    Nah, nah, nah.
11        Q    How long did you stay there
12   talking to her?
13        A    It was cars behind me.  Not that
14   long.  A couple of minutes, not that long.
15   It was, like, maybe a couple of minutes.
16        Q    So, after you had that
17   conversation, did you move on?
18        A    Yeah, yeah, yeah.  I told her I
19   was all right, and I tried to drive off.
20        Q    How far did you drive before the
21   police stopped you?
22        A    Like, maybe less than a half a
23   block.
24        Q    And did the police approach you
25   in a car or on foot?
```

G. Johnson                          12

    A       In a car.  They blocked my car.
They blocked my car in.

    Q       A marked patrol car or unmarked?

    A       No, no, patrol car.  They blocked
my vehicle in.

    Q       And how many officers came out?

    A       I don't know.  Like, three or
four, I think.

    Q       In uniform?

    A       Yeah, yeah.  Yeah, uniforms.

    Q       And what did they say to you?

    A       They were like, open up the car,
open up the car door, roll down the window or
something.  Roll down the window and open the
door.

    Q       And did you do what they asked?

    A       Yeah, yeah, yeah, yeah.

    Q       And what happened next?

    A       They pulled me out and said I'm
under arrest.  I said, under arrest, I was
just talking to a female, what am I under
arrest for.  She didn't get in the car.

    Q       And what did they say?

    A       Nah, nah, nah.  He just pushed me

G. Johnson                    13

up against the car and cuffed me up and put
me in the car.

    Q    And was your car taken to the
precinct?

    A    They parked it on the street.
They parked it on the street somewhere.
Yeah, they parked it and locked it up.

    Q    Now, did you know any of these
officers who arrested you?

    A    No.  No, I don't know.

    Q    Do you know their names now?

    A    No.  No, I don't know they names.

    Q    What precinct did you go to?

    A    41st.

    Q    Other than them taking you out
the car, pushing you against it and
handcuffing you, did they hit you, punch you,
push you, or hurt you in any other way?

    A    They twisted me up against the
car and threw me in handcuffs.  And it was
uncomfortable.  I was trying to tell them,
could you loosen the cuffs.

    Q    And did they?

    A    No, no, no.

```
                          G. Johnson                14
```

1
2       Q    So, was it just a few-minute
3   drive to the precinct?
4       A    Yeah, yeah, yeah, but I stayed
5   there, yeah.
6       Q    And then, when you went inside,
7   were you taken to the front desk?
8       A    Say that again.
9       Q    Were you taken to the desk?
10      A    Yeah.
11      Q    Did you empty your pockets?
12      A    Yeah.  I was cuffed up.  Yeah,
13  they went in my pockets and emptied it out.
14      Q    Did you get everything back that
15  you had with you that day?
16      A    Yeah.  Yeah, I got everything.
17      Q    So, after that, were you taken to
18  a cell?
19      A    Yeah, in the back, and I was
20  searched back there.
21      Q    Was it a strip search or just
22  emptied your pockets?
23      A    They told me to take off my
24  pants.
25      Q    Your underpants too?

G. Johnson                    15

1

2        A       No, no.  No, I had on my

3   underwear.  They told me to take off my

4   pants, and then I sat in the cell for

5   thirty hours with no pants on.

6        Q       So, before they put you in the

7   cell, did they take off your handcuffs?

8        A       Yeah, yeah.  Yeah, because I had

9   to shake out my shoes and take my shoes off

10  and shake them out.

11       Q       So, while you were there, were

12  you fingerprinted and photographed?

13       A       Yeah, yeah.

14       Q       Did you have any outstanding

15  warrant?

16       A       No, no.

17       Q       While you were at the precinct,

18  were you ever taken to a room where you were

19  asked questions?

20       A       No.  Just to the back, to the

21  holding.

22       Q       Were you allowed to make a phone

23  call?

24       A       I think I asked them, but I ain't

25  make no phone call.  They didn't give me no

```
1                         G. Johnson              16
2      phone call.
3            Q      Did you ask for food or water?
4            A      Oh, yeah.  I kept on asking them
5      for water and all of that.  You know what I'm
6      saying.  I didn't get no water that day.
7            Q      While you were at the precinct,
8      did you become sick or injured in any way?
9            A      I was thirsty or something like
10     that.
11           Q      Did you ask for medical
12     attention?
13           A      No.
14           Q      While you were at the precinct,
15     were your told what you were being charged
16     with?
17           A      No, he wouldn't tell me.
18           Q      When did you leave the precinct?
19           A      The next day.
20           Q      About what time?
21           A      3:00 in the morning.  3:00 a.m.,
22     in the morning.
23           Q      Like, twenty-four hours later?
24           A      Yeah, more than twenty-four
25     hours, because I got the DAT papers, and my
```

```
1                          G. Johnson              17
2       signature on the paper, and I got it in the
3       house, upstairs in my paperwork.
4              Q      You didn't go to Central Booking?
5              A      No, no.
6              Q      The DAT, what was the charge on
7       it?
8              A      The charge?
9              Q      What were you being charged with?
10             A      Patronizing prostitution.
11             Q      And did you have to appear in
12      front of a judge after that, online?
13             A      Yeah, yeah.
14             Q      How many times?
15             A      I think, like, maybe two or three
16      times or something like that.
17             Q      Is the case finished?
18             A      Yeah, yeah.
19             Q      What happened?
20             A      Huh?
21             Q      What happened to the case?
22             A      It got dismissed February 3rd of
23      this year, 2021.
24             Q      Were you told the reason for the
25      dismissal?
```

```
1                        G. Johnson            18
2           A      No.  I got a Certificate of
3    Disposition.  My lawyer stood up for me.  I
4    had a female lawyer, she sent me the
5    Certificate of Disposition.
6           Q      What does the paperwork say?
7           A      It says dismissed.
8           Q      Did you take an ACD?
9           A      No, no, no.
10          Q      Did you have to pay a fine?
11          A      No, no, no.  I didn't even go to
12   court.  My lawyer stood up for me, and she
13   said, call at a certain time.
14          Q      And she would tell you what
15   happened?
16          A      Huh?
17          Q      And she would tell you what
18   happened?
19          A      Yeah, right.  Right, you got it,
20   yeah.
21          Q      Have you ever seen those officers
22   again?
23          A      No, I don't be around there.  I
24   was just driving through, going on my way
25   home.
```

G. Johnson                                19

1
2       Q      Did you ever make a complaint
3    with Internal Affairs or the Civilian
4    Complaint Review Board about your arrest?
5       A      I was, but the COVID-19,
6    everything was, like, messed up.
7       Q      After you were released from the
8    precinct, did you have to go a doctor or
9    hospital for any reason?
10      A      No.  I think my wrists was
11   killing me, it was messed up.
12      Q      How long did they hurt?
13      A      No, like a couple of days.
14      Q      Are you claiming any emotional
15   damages because of what happened?
16      A      Yeah, yeah, yeah.
17      Q      What are your emotional damages?
18      A      Put it like this, emotional
19   distress, mental anguish.
20      Q      Tell me about it.
21      A      Emotionally distressed, mental
22   anguish.  I be having nightmares and stuff
23   like that, hearing voices.
24      Q      Did you ever have anything like
25   that before, did you ever hear voices before?

                        G. Johnson                    20

1

2          A      Yeah, like off and on, yeah, I be

3    hearing it, it comes and goes.

4          Q      At the time this happened, were

5    you seeing a psychologist or psychiatrist?

6          A      Yeah, I am, I am.  Mental health

7    doctor.

8          Q      But were you seeing somebody

9    before this happened?

10         A      Oh, yeah, yeah, yeah.  I was

11   going somewhere in the Bronx.  Bright Point,

12   Bright Point.

13         Q      For how long had you been seeing

14   someone there?

15         A      On and off, like a couple of

16   months.

17         Q      Why were you seeing them?

18         A      I can't recall.  I can't recall.

19         Q      Had they prescribed any

20   medication for you?

21         A      Yeah, yeah, Benadryl, the

22   risperidone and Benadryl.

23         Q      And were you taking those

24   medications when this happened?

25         A      Yeah, but I ran out.  I had to

```
1                      G. Johnson                21
2      re-up.  I ran out; I didn't have none.
3           Q     After this happened, did you
4      continue to see that doctor at Bright Point
5      or that counselor?
6           A     I got so much stuff going on,
7      maybe.  Probably so.
8           Q     When did you go to Rikers?
9           A     Last year, November 24, 2020.
10          Q     So, the month after this
11     happened, other than this claim, have you
12     ever brought a claim against the City or
13     State of New York for any other reason?
14          A     Yeah, yeah.
15          Q     How many other claims?
16          A     I don't know.  Two.
17          Q     Were they also arrest cases also?
18          A     I think one was excessive force,
19     and one was, like, corrections.
20          Q     Were you injured in corrections?
21          A     Yeah, yeah, yeah.
22          Q     And did you have hearings in
23     connection with those two cases, where people
24     asked you questions, like me?
25          A     Oh, yeah.  Yeah, I did --
```

```
1                      G. Johnson                22

2           Q      50-H?

3           A      Yeah, 50-H and a deposition.

4           Q      What happened to those cases?

5           A      It was settled out.

6           Q      About how long ago was that?

7           A      Which one you talking about?

8           Q      Both of them.

9           A      Like, two years ago or something,

10    maybe.

11          Q      Were they around the same time?

12          A      Nah, nah, different times.

13    Different times.

14          Q      So, one was two years ago, and

15    when was the other one?

16          A      Which one I said, Department of

17    Corrections, that was a while ago.  That was

18    a while ago too.

19          Q      Did Ms. Brownstein's office

20    represent you?

21          A      No, I did both cases pro se.  I

22    did pro se cases.

23          Q      After those cases, did you have

24    treatment with a counselor or psychologist?

25          A      What you mean?  Yeah, yeah, yeah.
```

G. Johnson                          23

1

2       Q     So, for how long have you been in

3   counseling, how long have you been seeing

4   somebody?

5       A     Wait now, in this here?

6       Q     No, in general.

7             Have you been seeing a

8   psychologist for a long time?

9       A     Yeah, yeah, yeah, but I be

10  getting caught up out there and return back

11  in here.  You know what I'm saying?  I get

12  caught up out there, and I'm doing my thing

13  out there and I get stopped.

14      Q     While you're in Rikers, are they

15  giving you the medication?

16      A     Yeah, yeah.  Yeah, risperidone,

17  same thing.

18      Q     Do you owe the City or State of

19  New York any money for any reason?

20      A     No.  No, they took out for the

21  welfare.

22      Q     So, how many prior convictions

23  and pleas of guilty do you have?

24      A     I don't know.

25      Q     For what kind of crimes?

```
1                    G. Johnson              24
2        A      All kinds.  I mean, different
3    stuff.  I just be pleading -- excuse me.  You
4    know, actually, I plead out to stuff just so
5    I can get out of jail.  So, you know, if they
6    offer you time served or whatever, or five
7    days, ten days, I take that so I can get out
8    of jail, because I don't want to start all
9    over again and lose my car and get thrown out
10   of my place and stuff like that.  You know,
11   anybody will do that.  You know what I'm
12   saying.
13       Q      I understand.
14       A      Yeah, so I be copping out.  So, I
15   don't want to lose my stuff, my place, my
16   clothes, my apartment and stuff like that, so
17   I just cop out on a plea.
18            MS. O'HAGAN:  Off the record.
19            (Whereupon, a discussion was held
20       off the record.)
21       Q      So, can you tell me, the best
22   that you can remember, what you pled to?
23       A      Just like this.  Let me see --
24   no, I ain't pled out to this case.
25       Q      So, for example, did you plead
```

```
 1                    G. Johnson            25
 2    out to possession of pot or to petit larceny
 3    to trespassing; what was it?
 4         A     Yeah, yeah, yeah, yeah stuff like
 5    that.
 6         Q     Well, I need to know.
 7         A     Petit larceny.
 8         Q     What are you in jail for now?
 9         A     Me, I just had a case dismissed.
10    They got me with a female on video and stuff.
11              MS. SCIBILIA:  I didn't understand
12       that.
13              MS. O'HAGAN:  I'm going to object to
14       any questions about an open and pending
15       case.
16              Off the record.
17              (Whereupon, a discussion was held
18       off the record.)
19         Q     So, Mr. Johnson, is that the case
20    you're in jail presently, and there's a case
21    pending?
22         A     Yeah, I got a case pending.
23         Q     Are any of your priors for
24    patronizing a prostitute?
25         A     Back then?
```

www.comptroller.nyc.gov



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

—————————————

**Scott M. Stringer**
**COMPTROLLER**

015 - 151

Date:        4/16/2021
Claim Number:  2021PI010516
RE:        Acknowledgment of Claim
Your Claim/Policy#:

GLENN JOHNSON  c/o  BROWNSTEIN LEGAL
40 EXCHANGE PLACE SUITE 1000
NEW YORK NY 10005
IB@BROWNSTEINLEGAL.COM

Dear Claimant:

   We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

   We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at 212-669-4729 for claims involving personal injury.

                                        Sincerely,

                                        Bureau of Law & Adjustment

```
1                        G. Johnson                    26

2          Q     Yes.

3          A     Yes.

4              MS. SCIBILIA:  I have nothing

5      further.

6              Counsel, just a criminal court

7      release, please.

8                        -oOo-

9              (Whereupon, the examination of Glenn

10     Johnson was concluded at 12:55 p.m.)

11

12                         _____
                           Glenn Johnson
13

14

15
       Subscribed and sworn to
16     before me this _____ day
       of _____, 20__.
17

18
       _____
19     NOTARY PUBLIC

20

21

22

23

24

25
```

27

## C E R T I F I C A T E

I, Koel Dressman, a reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness(es) whose testimony is hereinbefore set forth was duly sworn by me, and the foregoing transcript is a true record of the testimony given by such witness(es).

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.


KOEL DRESSMAN

# HEALTH + HOSPITALS | Correctional Health Services

**Patient Name:**
GLENN   JOHNSON
**NYSID:**
04161411K

**Latest Book and Case#:**
2412002101
**Patient Facility:**
AMKC

Were psychiatric medications ordered at Medical Intake? No

## Spoken Language
**Previous response to Interpreter needed:**
No (01/01/2021 11:57:56 AM)
**Interpreter needed:** No

## Patient Introduction and Presenting Issue
**Identifying information (include age, ethnicity, gender, etc.):** 60 year old BM
**Chief Complaint (verbatim statement by patient for reason seen):** "i HEAR VOICES BUT NOT NOW"
**Brief narrative leading up to patient presentation (include brief narrative and symptoms relevant to diagnosis and medication choice) (1st 2000 Char):** 60-year-old single BM, receiving SSI, residing with his mother, arrested on 11/25/2020 for an alleged false imprisonment referred by the MHC & seen today for a Psych Assessment. The pt reports that he was DX with Schizophrenia in his thirties, was hospitalized twice but did not want to discuss the details & has been NC with community follow up & MEDS since 2018.   "I took the medicine when I was last in here".   The pt denies any recent ETOH/Drugs use. Admission UDS was negative. He c/o NC AH occurring ~ twice a week for "a couple of years". "It's a couple of voices just making noise." At present, he denies having any AH but states they were there earlier this morning.   He c/o increased anxiety & fearfulness. The pt states that he tends to avoid interacting with people because he was assaulted during a prior incarceration & is fearful of another attack. During the evaluation, the pt appeared guarded, suspicious, somewhat preoccupied & distractible. No past suicide attempts reported & he denies having any thoughts of wanting to hurt himself/others. At night, the pt reports that his sleep is interrupted due to nightmares, excessive worrying & racing thoughts. In the community, he states that he doesn't take the medications because he forgets about his appointments & keeps himself "busy doing different things". NCD is scheduled for 01/04/2020 & 01/29/2020. Since his arrest he has not been in contact with any one as "It nobody's business where I'm at & besides they might try to set me up".
**What medication are you currently taking? (As reported by patient, including dose, frequency, duration, adherence):** None since 2018

## Psychiatric History
**Summarize past psychiatric history and treatment (including past psychiatric symptoms and diagnoses, outpatient treatment, and inpatient treatment):**   The pt started Psych treatment in his 30's
DX: Schizophrenia
Hospitalized: Lincoln & Bellevue "a while ago"
OPC: on 143 rd Street in Manhattan.   Last visit "couple years ago
Corrections: Riker's 2018 (+) MEDS
MEDS: Benadryl & Risperdal
**Have you been prescribed medication in the past?**   Yes
**Please describe medication name, condition treated, duration of treatment, maximum dose and side effects:** Benadryl & Risperdal

## History of Self-Injury
**Please review the Initial Mental Health Assessment, summarize, and add any additional information:** Pt denies

## History of Violence
**Please review the Initial Mental Health Assessment, summarize, and add any additional**

# HEALTH + HOSPITALS | Correctional Health Services

**Patient Name:**
GLENN   JOHNSON
**NYSID:**
04161411K

**Latest Book and Case#:**
2412002101
**Patient Facility:**
AMKC

## MED - Chronic Care Intro

Patient: **GLENN JOHNSON**   DOB: **06/05/1960**   Age: **60 Years Old**
Book & Case #: **2412002101**   NYSID: **04161411K**
Facility: **AMKC**   Housing Area: **QUAD-U13**

### Chronic Care Subjective
**Reason for Visit:** ASTHMA
**History of Present Illness:** PT. WITH H/O ASTHMA USE   PUMP X 2/   WEEK, LAST ATTACK 2020, DENIES ANY COMPLAINT
PT. C/O DIFFICULTY READING AND SEEING SPOTS

**Form Name:** MED - Chronic Care Intro
**Form Obs:** MED - CC - Asthma (Follow-up)

GLENN JOHNSON

AMKC

### Triggers
**Asthma Triggers:** Dust, Excessive heat

### Current Asthma Control
**Symptoms:** Other (Type in Notes field)
**Other symptoms:** CHEST TIGHTNESS; WHEEZING
**Short acting beta agonist use (frequency/week):** 2
**Interference with normal activity:** No
**Exacerbation since last visit?** No
**Asthma severity:** Intermittent
**Asthma control:** Well-controlled

## NU - Vital Signs
Patient: **GLENN JOHNSON**   DOB: **06/05/1960**   Age: **60 Years Old**
Book & Case #: **2412002101**   NYSID: **04161411K**
Facility: **AMKC**   Housing Area: **QUAD-U13**

### Current Vital Signs
Last height (inches): **65 (12/01/2020 8:40:45 PM)**   Last Weight: **195 (12/01/2020 8:40:45 PM)**
BP Position: **Sitting**
BP: **104   / 71 mm Hg**
Temperature:   **97.5 FoF**
Temperature site: **Oral**
Pulse rate: **72**   Pulse rhythm:   **Regular**
RR: **16**   Respiration Type: **Regular**
Pulse Ox: **98%**   Room Air: **Yes**

**Correctional Health Services**
55 Water Street 18th Fl
New York, NY  10041

2/11/2021

Order Form

## REFERRAL ORDER

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Terry Gravesande PA | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1578794210 | | |
| **Signing Provider:** | Terry Gravesande PA | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | GLENN  JOHNSON | **DOB:** | Jun 05, 1960 | **Age:** | 60 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | 097547278 |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 21537 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| OPTO | Referral - Optometry | REFRACTION ERROR (ICD-H52.7) ,REFRACTION ERROR (ICD-H52.7) |

**Order Number:** 787028-1   **Quantity:** 1
**Authorization #:**   **Priority:**
**Start Date:** 01/06/2021   **End Date:** 03/07/2040
**Electronically signed by:** Terry Gravesande PA   **Signed on:** 1/6/2021 10:23:26 AM
**Instructions:**   PLEASE EVALUATE AND TREAT PT.WITH C/O DIFFICULTY, AND SEEING SPOTS

**HEALTH + HOSPITALS** | # Correctional Health Services

<u>Patient Name:</u>
GLENN   JOHNSON
<u>NYSID:</u>
04161411K

<u>Latest Book and Case#:</u>
2412002101
<u>Patient Facility:</u>
AMKC

## MED - Sick Call Visit
Patient: **GLENN JOHNSON**   DOB: **06/05/1960**   Age: **60 Years Old**
Book & Case #: **2412002101**   NYSID: **04161411K**
Facility: **AMKC**   Housing Area: **QUAD-U13**

### Subjective
FAST TRACK
Chief Complaint/Reason for Visit: **Requesting something for Headache.**
History of Present Illness: *Pt claims he was hit to left parietal aspect of head.   Pt claims he was hit to head in 2019 to this area and the area hurts.   Does not describe it as a headache but is being described as only that one area hurts when pushed on.   Denies N,V or other GI symptoms associated with pain.*
**2.   Requesting to know when he will see eye doctor.   Pt advised that he scheduled to see optometry in February.**
**3.   Requesting lotion.   Pt presently has an order for lotion.   Advised lotion order is good until 1/18/21.**

### Vital Signs History (previous visits review)
Last time vitals taken prior to this visit: **01/12/2021**
BP: **118/74 (01/12/2021 12:27:24 PM)**
Pulse: **77 (01/12/2021 12:27:24 PM)**
Pulse Rhythm: **Regular (01/06/2021 10:17:49 AM)**
RR: **16 (01/12/2021 12:27:24 PM)**
Resp Quality: **Regular (01/06/2021 10:17:49 AM)**
02 Sat: **99 (01/12/2021 12:27:24 PM)**
T: **96.5 (01/12/2021 12:27:24 PM)**

### Open Orders: EKG (DI) [0001]
Referral - Optometry [OPTO]
Patient Transfer [INTTRANS]
Referral - Podiatry [PODIA]
MH Order - Psychiatry Medication Reevaluation [PSYCHMEDEVAL]
COVID19 PCR – Anterior Nares [RP1]
Medical Order - Chronic Care Follow-up [CHRONICFOLLOW]
Referral - Mental Health - CTP [MHCTPREF]
MH Order - Comprehensive Treatment Plan (CTP) [CTP]
MH Social Work Order - Social Work Orientation [SWORIENT]
## MED - Physical Examination
Patient: **GLENN JOHNSON**   DOB: **06/05/1960**   Age: **60 Years Old**
Book & Case #: **2412002101**   NYSID: **04161411K**
Facility: **AMKC**   Housing Area: **QUAD-U13**
General
**General Appearance:** No Acute Distress, Well-developed, Well-Hydrated, Well-Nourished, Well-Groomed
**General Examination Notes:** Pt appears in NAD.
**HEENT: Head** Normocephalic
**HEENT: Notes** Head:   No swelling noted to head.

# HEALTH✚HOSPITALS | Correctional Health Services

**Patient Name:**
GLENN   JOHNSON
**NYSID:**
04161411K

**Latest Book and Case#:**
2412002101
**Patient Facility:**
AMKC

**Perceptual disturbance:** Pt reports hearing voices on and off.
**Memory notes:** Unclear if pt has remote memory impairment
**Suicidal:** No Thoughts of Suicide
**Homicidal:** No Homicidal Thoughts
**Judgement:** Mildly Impaired
**Insight:** Aware Accepts Treatment

## Intellectual Functioning
**Is there evidence of gross cognitive deficits?** No

## Suicide Risk Assessment Since Last Visit
**1. Since the last visit, have you wished you were dead or wished you could go to sleep and not wake up? (Person endorses thoughts about a wish to be dead or not alive anymore, or wish to fall asleep and not wake up.)**   No
**2. Since the last visit, have you actually had any thoughts of killing yourself?**   No
**6. Since the last visit, have you done anything, started to do anything, or prepared to do anything to end your life?**   No

## Violence Risk Assessment
**Did you review the violence risk assessment in the Initial Mental Health or Initial Psychiatric Assessment form?** Yes
**Has the patient engaged in any violent behavior since last contact with mental health?** No

## Clinical / Risk Formulation and Plan
**Include at least identifiable information, reason for referral, acknowledgement of review of EHR & PSYCKES, and any available collateral; MH history; rationale for DSM-5, include symptoms AND assessment of functioning or clinical distress AND summary of risk assessment (1st 2000 Char):**
Patient is a 60 y/o Black, single, male. Toxicology report "-" for substances tested upon intake. Pt initially referred to MH by Medical due to "pt is a new admission with schizophrenia". Pt initially seen for MH intake and reported hearing voices on and off, excessive worry, racing thoughts, nightmares, guarded, suspicious, hyperactive and preoccupied. Pt was initially transferred to C71 for MO level of care. Pt was evaluated by psychiatric provider on 01/01/2021 and deemed fit for GP, w/ medications Benadryl and Risperidone. Since psych assessment, pt has remained in GP generating no new referrals, maintains compliance w/ psychotropic medications, and offering no complaints at this time.
Review of eCW and PSYCKES completed. Per PSYCKES pt has h/o Schizophrenia, Other psychoactive substance related d/o, Tobacco related d/o, Rx Risperidone, brief tx at Hudson River Healthcare, Brightpoint, RevCore, Shiloh Consulting LLC. Per chart, pt has h/o prior Dx including residual schizophrenia, schizoaffective, cocaine use d/o, drug induced psychosis, and most recently other specified schizophrenia spectrum and other psychotic disorder. Per chart, pt has h/o inconsistent mental health treatment Per chart pt has previously reported h/o psychiatric hospitalization at Bellevue, Bronx Lebanon. Per chart, pt has h/o presenting with AH, hyperactivity, guarded and suspicious, excessive worry, nightmares, decreased sleep.
Pt seen today for purposes of completing CTP and was oriented x3. Pt was not willing to cooperate w/ answering questions related to psychiatric hx or sxs and majority of CTP completed based on chart review.   Pt states "nah I'm alright" when informed that this is a mental health appt, although remained in session, speaking at length re stressors related to current incarceration.
**Formulation (Cont'd; Max 2000 Characters):** Pt reports NCD on 01/29/2020 and remains hopeful about possible release due to one case dismissed and $1 bail. Pt presents in session w/ hyperactivity, rapid speech, circumstantial, preoccupied w/ details surrounding cases & conversations w/ lawyer. Pt denies current SI/HI and remains future oriented. Pt reports hearing voices on and off, reports medication

**Correctional Health Services**
55 Water Street 18th Fl
New York, NY  10041

2/11/2021

Order Form

## WORK STATUS

| | | | | |
|---|---|---|---|---|
| **Authorizing Provider:** | Deborah Martin-Lopez Staff Nurs | **Service Provider:** | | |
| **Auth Provider NPI:** | 1164056842 | | | |
| **Signing Provider:** | Deborah Martin-Lopez Staff Nurs | | | |
| **Phone:** | | **Phone:** | | |
| **Fax:** | | **Fax:** | | |
| **Patient Name:** | GLENN  JOHNSON | **DOB:** Jun 05, 1960 | **Age:** | 60 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | 097547278 |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 21537 |
| **Resp. Provider:** | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses | |
|---|---|---|---|
| NUSCMUSTSEE | Nursing Order - SC Same Day (Must See) | | |
| **Order Number:** | 784852-1 | **Quantity:** 1 | |
| **Authorization #:** | | **Priority:** | |
| **Start Date:** | 01/06/2021 | **End Date:** | |
| **Electronically signed by:** | Deborah Martin-Lopez Staff Nurs | **Signed on:** 1/5/2021 11:26:05 AM | |

**Instructions:** patient stated "I have a  throbbing headache it comes and goes would like something for it I started getting them since April 9,2019 when I was stabbed in my head"

1 of 1

# HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**
GLENN   JOHNSON
**NYSID:**
04161411K

**Latest Book and Case#:**
2412002101
**Patient Facility:**
AMKC

new referrals, maintains compliance w/ psychotropic medications, and offering no complaints at this time.
Pt's primary diagnosis at this time is Other Specified Schizophrenia Spectrum and Other Psychotic
Disorder. Pt is currently prescribed Benadryl 50m QHS, and Risperidone 1mg QHS.

## Problem Domain: Symptoms
**Manifested by:** hyperactivity, difficulties w/ sleep, psychotic sxs, underlying paranoia
**Presumed root of problem:** Other specified schizophrenia spectrum and other psychotic disorder
**Treatment goals and time frame to achieve goals:** During the next 3 weeks pt will continue to verbalize
sxs and explore use of appropriate coping skills to manage sxs conjunctive to psychotropic medications.
**Stage of change:** Action
**Stage of change (please describe):**   Pt is aware and accepts treatment for illness.
**Interventions:** Individual therapy, Medication

## Problem Domain: Medication Adherence

## Problem Domain: Substance Use

## Problem Domain: Social Interpersonal

## Problem Domain: Impulse Control-Emotional Regulation

## Problem Domain: Diagnostic Clarification

## Problem Domain: Other

## Criminal Court Status (CTP)
**Criminal Court Status?**   per pt NCD on 01/29/2021
**Newly Sentenced -- within two (2) weeks?** No

## Reentry Needs
**Reentry needs:** Mental Health treatment, Medication, Case management, Vocational training

## Mental Status
**Orientation:** Fully oriented
**Appearance:** Younger, Normal Weight, Well Groomed, Well Dressed
**Behavior:** Good Eye Contact, Guarded
**Behavior notes:** smiling inappropriately
**Activity:** Hyperactivity
**Speech:** Rapid, Clear Articulation
**Language:** No abnormalities observed
**Concentration:**   Impaired
**Mood (use patient's own words to describe current feeling state):** "I'm hungry it's almost lunch time I
don't want to miss it"
**Affect:** Blunted
**Impulse control:** Moderate
**Thought process:** Spontaneous, Circumstantial
**Thought content:** Preoccupations
**Perceptual disturbance:** Auditory Hallucinations

**Correctional Health Services**
55 Water Street 18th Fl
New York, NY  10041

2/11/2021

Order Form

# WORK STATUS

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Adija Memboup | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1942365986 | | |
| **Signing Provider:** | Mary Nickerson PA | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | GLENN  JOHNSON | **DOB:** | Jun 05, 1960 | **Age:** | 60 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | 097547278 |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 21537 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| PSYCHMEDEVAL | MH Order - Psychiatry Medication Reevaluation | |

**Order Number:** 780818-1

**Quantity:** 1

**Authorization #:**

**Priority:**

**Start Date:** 01/18/2021

**End Date:**

**Electronically signed by:** Mary Nickerson PA

**Signed on:** 1/1/2021 3:24:34 PM

**Instructions:**

Certificate #: U-000001711-N

Page 1 of 1



# BRONX CRIMINAL COURT
265 E 161 Street, Bronx, NY 10451

## NO FEE
Non-Public Version

The People of the State of New York
vs.
**Glenn Johnson**

Defendant DOB: **06/05/1960**

**Certificate of Disposition**
Docket Number:　　**CR-018556-20BX**

Arrest Date: **10/08/2020**　　Arraignment Date:

THIS IS TO CERTIFY that the undersigned has examined the files of the **Bronx Criminal Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 230.04 AM Patronize Prostitution 3rd **SEALED 160.50** | AM | Dismissed (Interest/Furtherance of Justice (CPL 170.30 (1)(g)), Sealed 160.50) | 02/03/2021 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated:　**February 4, 2021**

**Chief Clerk/Clerk of the Court**

### CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law, in connection with the licensing, employment or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. [Executive Law § 296 (16)]
Charges may not be the same as the original arrest charges.
CPL 160.50:　　All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.

**HEALTH+ HOSPITALS** | # Correctional Health Services

**Patient Name:**
GLENN   JOHNSON
**NYSID:**
 04161411K

**Latest Book and Case#:**
 2412002101
**Patient Facility:**
 AMKC

## MH - Comprehensive Treatment Plan
**Patient:**
GLENN JOHNSON
**DOB:**
06/05/1960
**Age:**
60 Years Old
**Book & Case #:**
2412002101
**NYSID:**
04161411K
**Facility:**
AMKC
**Housing Area:**
QUAD-U13

## Type of Visit
**Type of Visit:** In Person

## CTP Info
**Date of CTP:** 01/14/2021
**Date of next TPR:** 02/04/2021

## Current Housing
**Current housing:** GP

## Review Questions Chart Review (CTP)
**Was collateral information obtained or attempted to be obtained since last mental health contact?**
Yes
**Did you review the Initial Mental Health or Psychiatric Assessment?** Yes
**Did you review PSYCKES?** Yes

## Collateral Information

## Spoken Language
**Previous response to Interpreter needed:**
No (01/01/2021 11:57:56 AM)
**Interpreter needed:** No

## Brief Clinical Summary
**Document patient's identifying information, reason for admission to the mental health service, current treatment and symptoms (1st 2000 Char):** Patient is a 60 y/o Black, single, male. Toxicology report "-" for substances tested upon intake. Pt initially referred to MH by Medical due to "pt is a new admission with schizophrenia".
Pt initially seen for MH intake and reported hearing voices on and off, excessive worry, racing thoughts, nightmares, guarded, suspicious, hyperactive and preoccupied. Pt was initially transferred to C71 for MO level of care. Pt was evaluated by psychiatric provider on 01/01/2021 and deemed fit for GP, w/ medications Benadryl and Risperidone. Since psych assessment, pt has remained in GP generating no