RECEIVED
SDNY PRO SE OFFICE

2022 FEB -8 PM 1:04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glenn Johnson

_____

Write the full name of each plaintiff.

21 CV 10535

(Include case number if one has been assigned)

-against-

City of New York, P.O. Jaylene Rodriguez #12800, NYPD 41ST PRECINCT. SGT. Jose Tax 42.474, SGT. 41ST PRECINCT. P.O. PRECINCT Jose Rosa TAX 42474, P.O. John Doe NYPD 41ST P.O. John Doe NYPD PRECINT.

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: _False ARESST, False inPRSionMenT_

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_GleNN_ _____ _JoHNSON_
First Name      Middle Initial      Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_830 BoyNTon Ave APT#19g  BRonx  NewYoRk 10473_
Current Place of Detention

_Home Address_
Institutional Address

_BRonx_        _Newyork_        _10473_
County, City     State           Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: **P.O. Jaylene Rodriguez    # 12800**
First Name    Last Name    Shield #

**Police Officer**
Current Job Title (or other identifying information)

**1035 Longwood Avenue (41) Precinct**
Current Work Address

**Bronx    Newyork    10459**
County, City    State    Zip Code

Defendant 2: **Sgt. Jose Rosa    Tax# 4247**
First Name    Last Name    Shield #

**Sergeant Desk Officer**
Current Job Title (or other identifying information)

**1035 Longwood Avenue (41) Precinct**
Current Work Address

**Bronx    Newyork    10459**
County, City    State    Zip Code

Defendant 3: **Sergeant**
~~Sgt. Desk Officer~~
First Name    Last Name    Shield #
**Sergeant**
~~Sergeant~~
Current Job Title (or other identifying information)

**1035 Longwood Avenue (41) Precinct**
Current Work Address

**Bronx    Newyork    10459**
County, City    State    Zip Code

Defendant 4: **P.O. John Doe**
First Name    Last Name    Shield #

**Police Officer**
Current Job Title (or other identifying information)

**1035 Longwood Avenue (41) Precinct**
Current Work Address

**Bronx    Newyork    10459**
County, City    State    Zip Code

Defendant 5: **P.O. John Doe**
**Police Officer**
**1035 Longwood Avenue (41) Precinct**
**Bronx, Newyork 10459**

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: LAFAYETTE AVENUE AND BARRY STREET

Date(s) of occurrence: OCTOBER 8TH, 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON OR BEFORE 10/8/20 AT THE HUNTS POINT SECTION OF THE BRONX BETWEEN LAFAYETTE AVENUE AND BARRY STREET ABOUT 9:09 PM IN THE EVENING I WAS DRIVING A 2010 GMC TERRAIN DOWN LAFFAYETTE AVENUE AND BARRY STREET WHEN I STOPPED AT A STOP SIGN A FEMALE WALKS UP TO MY VEHICLE ASKED ME DO I WANT A DATE I CHARGE $25.00 DOLLARS. I TOLD HER NO I'AM OK SO WHEN I DROVE OFF THREE NYPD PATROL CARS BLOCKED MY VEHICLE IN THE FOUR JOHN DOE'S POLICE OFFICERS THAN RUN'S UP TO MY VEHICLE PULL'S ME OUT OF MY VEHICLE AND PUSHE'S ME UP AGAINST MY VEHICLE TWISTS MY ARM AND PUTS ME IN TIGHTED HANDCUFFS THE OFFICER TOLD ME I WAS UNDER ARREST. THE OFFICER'S THAN TRANSPORTED ME TO THE (41) PRECIENT WHERE I SAT IN THE PATROL CAR FOR ONE HOUR IN TIGHTED HANDCUFFS I TOLD THE OFFICER TO LOSSEN THE HANDCUFFS I WAS HAVING PAIN IN BOTH WRISTS THE OFFICER REFUSED TO LOSSEN THE HANDCUFFS THE FEMALE THAT WALKED UP TO MY VEHICLE AND ASKED ME DO I WANT A DATE WAS A UNDERCOVER COP. I WAS CHARGE WITH PL.230.04 PATRONIZE PROSTITUTION 3RD DEGREE (A) MISDEMEANOR AND THAT CHARGE WAS DISMISSED ON FEBRUARY 3RD, 2021.

BECAUSE ITS NO CRIME TO TALK TO A FEMALE STRANGER WHICH IS FREE SPEECH IN MY CASE I STOPPED AT A CORNER WHICH SHE DID NOT GET IN MY CAR OR OPEN MY CAR DOOR IS NO CRIME "I SAID TO HER I WAS OK" I DROVE OFF AND

Page 4

WAS ARRESTED.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

EMOTIONAL DESTRESS, PAIN AND SUFFERING, MENTAL AGUISH

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

COMPENSATE ME FOR THE DAMAGES IN THE AMOUNT OF $2,000,000 DOLLARS.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 2/8/22

Plaintiff's Signature: Glenn Johnson (PRO SE)

First Name: Glenn
Middle Initial:
Last Name: Johnson

Prison Address: 880 Boynton Ave Apt #19G

County, City: Bronx
State: New York
Zip Code: 10473

Date on which I am delivering this complaint to prison authorities for mailing: 2/8/22