**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GLENN JOHNSON,

                    Plaintiffs,

              -against-                                      21 **CIVIL** 10535 (VSB)

                                                              **JUDGMENT**

CITY OF NEW YORK, et al.,

                    Defendants.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated August 31, 2023, Defendant's motion to dismiss is

GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        August 31, 2023


                                                         **RUBY J. KRAJICK**
                                              _____
                                                         **Clerk of Court**

                                     **BY:**
                                              _____
                                                         **Deputy Clerk**